**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 09-626-GMS<br>) |
| VITAL PHARMACEUTICALS, INC., *et al.*, | )<br>) |
| Defendants. | )<br>) |
| VITAL PHARMACEUTICALS, INC., | )<br>) |
| Counterclaim/Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| NATURAL ALTERNATIVES INTERNATIONAL, INC., and COMPOUND SOLUTIONS, INC., | )<br>)<br>)<br>) |
| Counterclaim/Third-Party Defendant. | )<br>) |
| COMPOUND SOLUTIONS, INC., | )<br>) |
| Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| DNP INTERNATIONAL CO., INC., | )<br>) |
| Defendant. | ) |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
<u>REGARDING CERTAIN CLAIMS</u>**

Plaintiff and Counterclaim/Third Party Defendant Natural Alternatives International, Inc. ("NAI") and Plaintiffs Roger Harris, Mark Dunnett and Kenneth Johannsson (collectively referred to as "Plaintiffs"), Defendant and Counterclaim/Third Party Plaintiff Vital

Pharmaceuticals, Inc. ("VPX"), and Third-Party Defendant, Compound Solutions, Inc. ("CSI"), hereby stipulate and agree, subject to the approval of the Court, as follows:

All claims by Plaintiffs against VPX and all counterclaims and third-party claims by VPX against Plaintiffs and CSI are dismissed with prejudice, each party to bear its own costs and attorneys' fees.  This voluntary dismissal does not affect or otherwise relate to the remaining claims being asserted by NAI and CSI against defendant DNP International Co., Inc.

Respectfully submitted,

| POTTER ANDERSON & CORROON LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| By:  /s/ David E. Moore  <br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19899<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>    Richard J. Oparil<br>    PATTON BOGGS LLP<br>    2550 M Street, NW<br>    Washington, DC 20037<br>    Tel: (202) 457-6000<br><br>    Scott Chambers, Ph.D.<br>    Kevin M. Bell<br>    William J. McKeague, Ph.D.<br>    Lacy Kolo, Ph.D.<br>    PATTON BOGGS, LLP<br>    8484 Westpark Drive, Ninth Floor<br>    McLean, Virginia 22102<br>    Tel: (703) 744-8000 | By:  /s/ Francis DiGiovanni  <br>    Francis DiGiovanni (#3189)<br>    Keith A. Walter Jr. (#4157)<br>    1007 N. Orange Street<br>    Wilmington, DE  19899<br>    Tel:  (302) 658-9141<br>    fdigiovanni@cblh.com<br>    kwalter@cblh.com<br><br>    Kalina Pagano<br>    Victoria Nicole Godwin<br>    Luis Fernando Ugaz<br>    Vital Pharmaceuticals, Inc.<br>    1600 North Park Drive<br>    Weston, FL 33326<br>    Tel:  (954) 641-0570<br><br>*Attorneys for Defendant Vital Pharmaceuticals, Inc.* |

Caroline C. Maxwell
PATTON BOGGS LLP
2000 McKinney Avenue
Suite 1700
Dallas, TX 75201
Tel: (214) 758-1500

*Attorneys for Plaintiffs Natural Alternatives International, Inc. Roger Harris, Mark Dunnett and Kenneth Johannsson and Third-Party Defendant/Compound Solutions, Inc.*

      SO ORDERED THIS _____ day of 2011.

                                      _____
                                      CHIEF JUDGE

1023079/34341

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 8, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 8, 2011, the attached document was electronically mailed to the following person(s):

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street<br>Brandywine Building, 17th Floor<br>Wilmington, DE 19801<br>jshaw@ycst.com<br>kkeller@ycst.com<br>*Attorneys for DNP International Co., Inc.* | Enoch H. Liang<br>Steven R. Hansen<br>Edward S. Quon<br>Lee Tran & Liang APLC<br>601 S. Figueroa Street, Suite 4025<br>Los Angeles, CA 90017<br>srh@ltlcounsel.com<br>Ehl@ltlcounsel.com<br>eq@ltlcounsel.com<br>*Attorneys for DNP International Co., Inc.* |
| Francis DiGiovanni<br>Keith A. Walter<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE 19899<br>fdigiovanni@cblh.com<br>kwalter@cblh.com<br>*Attorneys for Vital Pharmaceuticals, Inc.* | Kalina Pagano<br>Victoria Nicole Godwin<br>Luis Fernando Ugaz<br>Vital Pharmaceuticals, Inc.<br>1600 North Park Drive<br>Weston, FL 33326<br>kpagano@vpxsports.com<br>vickeyg@vpxsports.com<br>luisu@vpxsports.com<br>*Attorneys for Vital Pharmaceuticals, Inc.* |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

947955/34341