# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC. and COMPOUND SOLUTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DNP INTERNATIONAL CO., INC., <br><br> Defendant. | ) ) ) ) ) C.A. No.  09-626-GMS ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Natural Alternatives International, Inc. and Compound Solutions, Inc. hereby give notice that the above-captioned action is dismissed, without prejudice.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Kevin M. Bell
Scott Chambers, Ph.D.
Lacy Kolo, Ph.D.
PATTON BOGGS, LLP
8484 Westpark Drive, Ninth Floor
McLean, Virginia 22102
Tel:  (703) 744-8000

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC  20037
Tel:  (202) 457-6000

By: */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE  19899
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiffs Natural Alternatives International, Inc. and Compound Solutions, Inc.*

- 2 -

Caroline Cook Maxwell
PATTON BOGGS LLP
2000 McKinney Avenue
Suite 1700
Dallas, TX 75201
Tel:  (214) 758-1500

Dated:  September 8, 2011
1026766 / 34341

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on September 8, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 8, 2011, the attached document was electronically mailed to the following person(s):

| | |
|---|---|
| John W. Shaw | Enoch H. Liang |
| Karen E. Keller | Steven R. Hansen |
| Young Conaway Stargatt & Taylor, LLP | Edward S. Quon |
| 1000 West Street | Lee Tran & Liang APLC |
| Brandywine Building, 17th Floor | 601 S. Figueroa Street, Suite 4025 |
| Wilmington, DE 19801 | Los Angeles, CA 90017 |
| jshaw@ycst.com | srh@ltlcounsel.com |
| kkeller@ycst.com | Ehl@ltlcounsel.com |
| *Attorneys for DNP International Co., Inc.* | eq@ltlcounsel.com |
| | *Attorneys for DNP International Co., Inc.* |

*/s/ Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

947955/34341